UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                         Case No:   2:15-cv-673-FtM-CM

DEL MAR RETAIL CENTER
CONDOMINUM ASSOCIATION,
INC., DEL MAR DAVIS, LLC, 7785
DAVIS, LLC and DEL MAR 108,
LLC,

    Defendants.

## ORDER

Before the Court is Plaintiff's Motion for Entry of Clerk's Default Against Del Mar 108, LLC. (Doc. 19), filed on January 19, 2016. Plaintiff moves, pursuant Federal Rule of Civil Procedure 55(a), for entry of Clerk's default against Defendant Del Mar 108, LLC ("Del Mar 108") for failure to respond to the Complaint. For the reasons that follow, the motion is due to be denied.

Pursuant to Rule 55(a), Federal Rules of Civil Procedure, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Here, although Del Mar 108 failed to timely respond to the Complaint, Del Mar 108 has since filed an answer. Doc. 21.

"Courts have a longstanding policy favoring adjudication of lawsuits on the merits, thus defaults are disfavored." *Bateh v. Colquett D. Trucking, Inc.*, 2011 WL

4501385, *1 (M.D. Fla. 2011) (citing *Kilpatrick v. Town of Davie*, 2008 WL 3851588 (S.D. Fla. 2008).  Simply because a Defendant fails to timely respond to complaint, it does not show an intentional or reckless disregard for judicial proceedings.  *Id.* Here, Del Mar 108 filed an answer shortly after Plaintiff filed the motion for default. Additionally, Plaintiff will not be prejudiced by the minimal delay as this case is still in the early stages of litigation.  Thus, the Court finds that a clerk's default is not appropriate in this instance.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion for Entry of Clerk's Default Against Del Mar 108, LLC. (Doc. 19) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of February, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record